UNITED STATES DISTRICT COURT
for the
Western Division of Kentucky

FILED
JAMES J. VILT, JR. - CLERK

JAN 13 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Ron David Rock
Pro Se
-v-
Judge Perlow, Child Support Enforcement,
County Attorney, Judicial Conduct Comm.,

Case No. 5:24CV181-BJB

MOTION TO RELEASE THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC) FROM THE SUIT AND PERMISSION TO AMEND THE COMPLAINT

Plaintiff's Motion to Release the Administrative Office of the Courts (AOC) from the Suit

Introduction:

The plaintiff, Ron Rock, respectfully submits this motion to release the Administrative Office of the Courts (AOC) from the current suit. Upon further review (response to complaint) and understanding of the AOC's role, the plaintiff acknowledges a misunderstanding regarding their involvement and responsibilities in this matter. Ron offers a sincere apology to the AOC for this intrusion and association.

Background:

The plaintiff initially included the AOC in the suit under the belief that their role encompassed oversight and training responsibilities that directly impacted the case. However, upon gaining a clearer understanding of the AOC's functions, it has become evident that their involvement does not align with the claims presented in this suit.

Argument:

Misunderstanding of the AOC's Role:

The plaintiff acknowledges that the initial inclusion of the AOC was based on a misunderstanding of their role and responsibilities. The AOC's primary function is administrative

support and not direct involvement in judicial decisions or oversight of individual judges' actions.

Lack of Direct Involvement:

The AOC does not have direct involvement in the specific actions and decisions that are the basis of the plaintiff's claims. Therefore, their inclusion in the suit is not warranted.

The plaintiff sent an email 1-12-2025 to melissanormanbork@dentons.com the attorney for the AOC. The email stated a motion will be filed on 1-13-2025 removing the AOC from suit with an apology.

Focus on Relevant Parties:

Releasing the AOC from the suit allows the plaintiff to focus on the relevant parties whose actions and decisions directly impacted the plaintiff's rights and well-being.

Conclusion:

For the reasons stated above, the plaintiff respectfully requests that the court grant this motion to release the Administrative Office of the Courts (AOC) from the current suit. The plaintiff acknowledges the misunderstanding and seeks to proceed with the case against the appropriate parties.

Respectfully submitted,

Ron Rock    x    1-13-2025

1450 Bluebird Lane
Paducah, KY 42003
270-201-4623
Roncourtdocs@gmail.com

**Attachment:**

- **Amended Complaint**