**UNITED STATES DISTRICT COURT**
**for the**
**Western Division of Kentucky**

FILED
JAMES J. VILT, JR. - CLERK
APR 14 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Ron David Rock
Pro Se
-v-
Judge Perlow, Child Support Enforcement,
County Attorney, Judicial Conduct Comm.

Case No. 5:24CV181-BJB

**AFFIDAVIT FOR:**

**RON ROCK'S EMERGENCY MOTION TO DECLARE JUDGE PERLOW'S ORDERS VOID AB INITIO AND TO ISSUE A WRIT OF MANDAMUS**

I, **Ron Rock**, being duly sworn, depose and state under penalty of perjury as follows:

1. **Affirmation of Facts:** I am the Plaintiff in the above-referenced matter. I affirm that no statutory hearings concerning the custody matter referenced in this case were conducted prior to **June 30, 2021**, as required under **KRS 403.785(3)** to establish jurisdiction.

2. **Fabricated Drug Test Order:** To the best of my knowledge and belief, a drug test order was issued without proper motion or statutory hearing, constituting a serious procedural violation and undermining the integrity of the judicial process.

3. **Annulment of Back Child Support:** I affirm that during this period, the Court improperly annulled back child support obligations without a proper motion or compliance with procedural mandates under **FRCP 7(b)**, violating my rights and further evidencing jurisdictional failure.

4. **Failure to Hold the Mother in Contempt:** Despite clear evidence of custodial interference and failure to pay child support, the Court failed to hold the mother

1

accountable. Instead, the annulment of her support obligations compounded the procedural violations and undermined statutory enforcement mechanisms.

5. **Jurisdictional Defect:** The absence of hearings, combined with these procedural violations, constitutes a jurisdictional failure, rendering all related orders issued during this period **void ab initio** and legally unenforceable.

I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on this 14 day of April, 2025.

**Ron Rock**                                    X. _____

1450 Bluebird Lane

Paducah, KY 42003

270-201-4623

roncourtdocs@gmail.com

OFFICIAL SEAL
Jessica R. Asbridge
Notary Public ID No. KYNP32973
State at Large, Kentucky
My Commission Expires July 21, 2025

*Jessica R. Asbridge*

**Subscribed and sworn to before me** this 14 day of April, 2025

**Notary Public** State of Kentucky My Commission Expires: 07/21/2025

2