UNITED STATES DISTRICT COURT
for the
Western Division of Kentucky


Ron David Rock
Pro Se
-v-
Judge Perlow, Child Support Enforcement,
County Attorney, Judicial Conduct Comm.

**Case No. 5:24CV181-BJB**


**[PROPOSED] ORDER**

**Having reviewed Plaintiff Ron David Rock's Emergency Motion to Declare Judge Perlow's Orders Void Ab Initio and to Issue a Writ of Mandamus, and having considered the evidence, arguments, and urgency presented, the Court finds and orders as follows:**

1. **Void Orders**: All orders issued by Judge Perlow after October 29, 2020, are hereby declared **void ab initio** due to the absence of the mandatory statutory custody hearing as required by KRS 403.785(3).

2. **Restoration of Valid Order**: It is hereby ordered that the court-ordered arrangement valid on October 29, 2020, is restored.

3. **Injunction**: Defendants are enjoined from interfering in Plaintiff's parental rights and custody matters through the daughter's graduation from high school.

4. **Automatic Mandamus Trigger**:

    - Defendants shall provide certified documentation within five (5) days verifying that a statutory custody hearing occurred by October 29, 2020, or submit written acknowledgment that no such hearing took place.

    - **If Defendants fail to comply with this directive within eleven (11) days,** a writ of mandamus shall automatically issue without further action or discretion from this Court to enforce the required procedural compliance.

5. **Urgency and Necessity**: This order reflects the Court's recognition of the irreparable harm caused by ongoing procedural failures and underscores the

necessity of immediate enforcement to safeguard Plaintiff's parental rights and ensure procedural integrity.

6. **Simplicity of Request**: Plaintiff asserts that this motion presents a straightforward factual question: Was there a statutory custody hearing conducted by October 29, 2020? Defendants are welcome to provide evidence of any temporary hearing ever having occurred as required under KRS 403.785(3). The absence of such evidence will confirm the procedural violations and render all subsequent orders void ab initio. Any attempt to delay answering this simple question serves only to prolong the harm and injustice already imposed on Plaintiff.

SO ORDERED this _____ day of _____, 2025.

Hon. Larry J. King United States District Judge


Respectfully submitted,

Ron Rock                                          X. _____

1450 Bluebird Ln

Paducah KY, 42003                                 DATE: _04-14-2025_____

270 201 4623

roncourtdocs@gmail.com